CARL E. ANDERSON, Appellant, v. E. W. BLISS COMPANY, Respondent. — Judgment reversed and new trial granted, costs to abide the event.  We think the case was for the jury.  (*McGovern* v. *C. V. R. R. Co.*, 123 N. Y. 280; *Rice* v. *Eureka Paper Co.*, 174 id. 385.)  Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

RICHARD A. BACHIA and Another, Respondents, v. C. MILTON ROGERS, Appellant.— Order modified by directing that the plaintiffs pay, within twenty days, to the defendant the sum of thirty dollars as a condition for the filing and service of a new bond therein prescribed; and as so modified affirmed, without costs.  No opinion.  Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

LESLIE BELDEN, Appellant, v. NORTHERN HOTEL COMPANY, Respondent.— This is an action brought under the employers' liability provisions of the Labor Law.*  There is evidence that the valve, the blowing out of which caused the injury, could not have blown out unless the threads were defective; that this defect could not have been discovered through the ordinary observation of the person using it, but could be discovered by inspection on the part of the person charged with the duty of making due inspection, and there is evidence that it was customarily the duty of the chief engineer to make that inspection.  To dismiss the complaint at the close of plaintiff's case, notwithstanding this evidence, was error. Judgment and order reversed and new trial granted, costs to abide the event.  Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

DOMENICO CARLUCCIO, Respondent, v. ANTONIO CARDONE, Appellant. — Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

JENNIE CARR, as Administratrix, etc., of EDWARD J. CARR, Deceased, Respondent, v. FREDERICK GOTTSCHALDT, Appellant.— Order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

JAMES CORRIGAN, Respondent, v. GREEN FUEL ECONOMIZER, Appellant. — Order affirmed, with costs.  No opinion.  Jenks, P. J., Mills, Rich and Putnam, JJ., concurred; Carr, J., dissented.

---

* See Consol. Laws, chap. 31 (Laws of 1909, chap. 36), art. 14, as amd. by Laws of 1910, chap. 252. — [REP.